RECEIVED
JAN 13 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KERRY SANDERS,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-03386 |
| VERSUS | |
| WARDEN, LOUISIANA STATE PENITENTIARY,<br>    Respondent | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Sanders' habeas petition is **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS ORDERED AND SIGNED** in Chambers at Alexandria, Louisiana, on this 13th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE